U UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14346-CIV-CANNON/McCabe

**NICOLE JEANETTE POUNDS**,

Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY**,

Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION [ECF No. 37]**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Plaintiff's Unopposed Motion for EAJA Fees pursuant to 20 U.S.C. 2412(d) [ECF No. 37], issued on June 1, 2026.  On May 20, 2026, Plaintiff filed an Unopposed Motion for EAJA Fees (the "Motion") [ECF No. 36], seeking fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), following the Court's entry of final judgment in Plaintiff's favor [*see generally* ECF Nos. 35, 36].  On June 1, 2026, following referral, Magistrate Judge McCabe issued a Report recommending that the Motion be granted [ECF No. 37 p. 3].  Objections to the Report were due on June 15, 2026 [ECF No. 37 p. 3].  No party filed objections, and the time to do so has expired [ECF No. 37 p. 3].

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).  A district court reviews de novo those portions of the report to which objection is made and may accept, reject,

CASE NO. 22-14346-CIV-CANNON/McCabe

or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

Following review, the Court finds the well-reasoned Report to contain no clear error. For the reasons set forth in the Report [ECF No. 37], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 37] is **ACCEPTED**.

2. The Motion [ECF No. 36] is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of **$9,521.88** pursuant to 28 U.S.C. § 2412(d), payable to Plaintiff and sent to Plaintiff's counsel's office after the Commissioner determines whether Plaintiff owes any federal debts.

**ORDERED** in Chambers at Fort Pierce, Florida this 17th day of June 2026.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record

2